No. 43417.—Protests 968775–G, etc., of B. D. Eisendrath Tanning Co. et al. (New York).

Opinion by KEEFE, J. Inasmuch as the collector failed to send the importers a notice of the advance it was held that the appraisement is not complete. *Ti* v. *United States* (3 Cust. Ct. 268, C. D: 248) cited. The liquidation was set aside so that the appraisement may be completed. In all other respects the protests were overruled.